# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Joseph Michael Griffith,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                             3:06cv213

S.A. Bird, et al.,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 24, 2006 Order.

May 25, 2006

FRANK G. JOHNS, CLERK

BY: _____
Cynthia Huntley, Deputy Clerk

Dockets.Justia.com