# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Joseph Michael Griffith,

    Plaintiff(s),

vs.

S.A. Bird, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06cv213

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 24, 2006 Order.

May 25, 2006

FRANK G. JOHNS, CLERK

BY: _____
Cynthia Huntley, Deputy Clerk